UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DON FAIRFIELD,

v.  Case No. 8:96-cr-365-T-24TBM
8:05-cv-1484-T-24TBM

UNITED STATES OF AMERICA.

_____

O R D E R

      The Court denied Defendant Don Fairfield's third 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. Judgment was entered August 15, 2005. Copies of the order denying the motion to vacate and the judgment were mailed to Defendant on October 3, 2005. Defendant filed a Notice of Appeal on November 15, 2005. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

      To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

Accordingly, the Court orders:

That Defendant's construed request for a certificate of appealability (Doc. No. 6) is denied.

ORDERED at Tampa, Florida, on November 16, 2005.

SUSAN C. BUCKLEW
United States District Judge

Anthony E. Porcelli

Don Fairfield